People v Moselem (2026 NY Slip Op 00152)

People v Moselem

2026 NY Slip Op 00152

Decided on January 14, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 14, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
LARA J. GENOVESI
LOURDES M. VENTURA
ELENA GOLDBERG VELAZQUEZ, JJ.

2024-00050
 (Ind. No. 71056/23)

[*1]The People of the State of New York, respondent,
vOmar Moselem, appellant.

Patricia Pazner, New York, NY (Victoria L. Benton of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Melissa Wachs, and David Cao of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (John T. Hecht, J.), rendered December 1, 2023, convicting him of attempted burglary in the third degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review an order of protection issued at the time of sentencing.
ORDERED that upon the appeal from the judgment, the order of protection is modified, on the law, by deleting the provision thereof directing that it shall remain in effect until and including December 31, 2032, and substituting therefor a provision directing that it shall remain in effect until and including December 1, 2031; and it is further,
ORDERED that the judgment is affirmed.
As the People correctly concede, the duration of the order of protection exceeded the maximum period permissible under CPL 530.13(4)(A). The defendant requests, and the People concede, that the order of protection should be modified accordingly. Therefore, we modify the order of protection by providing that it shall remain in effect until and including December 1, 2031 (see People v Jackson, 242 AD3d 903, 903; People v Williams, 235 AD3d 1017, 1017).
BARROS, J.P., GENOVESI, VENTURA and GOLDBERG VELAZQUEZ, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court